Case: 1:09-cr-00103-SSB Doc #: 101 Filed: 08/11/15 Page: 1 of 1 PAGEID #: 1241

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| United States of America<br>v.<br>FARID MOHAMMED | )<br>)<br>)<br>)   Case No: 1:09-CR-103<br>)   USM No: 04972-061<br>) |
| Date of Original Judgment: 09/08/2010<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )   Richard Smith-Monahan, Esq.<br>    *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   97   months **is reduced to**   87 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   09/08/2010   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   08/11/2015

*Judge's signature*

Effective Date:   11/01/2015
*(if different from order date)*

Sandra S. Beckwith Senior Judge
*Printed name and title*